UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINE MANAGEMENT INC., <br><br> Plaintiff, <br><br> -v.- <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDONNOR, and CERTAIN LONDON MARKET COMPANIES SUBSCRIBING TO CERTIFICATE NO. MPL 1690585.16, <br><br> Defendants. | 20 Civ. 2491 (KPF) <br><br> <u>ORDER</u> |

KATHERINE POLK FAILLA, District Judge:

      The pretrial conference scheduled in this matter for February 10, 2021, at 11:00 a.m. will proceed telephonically.  At the designated date and time, the parties shall call (888) 363-4749 and enter access code 5123533#.  Please note, the conference line will not be available prior to 11:00 a.m.

      SO ORDERED.

Dated:  February 5, 2021
            New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge